UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Freedom Mortgage .,

                                 Plaintiffs,

        -against-

Cuttler, et al.,

                                 Defendant.

----------------------------------------------------------------X

**AMENDED-NOTE TIME CHANGE ONLY**

**ORDER RE STATUS CONFERENCE**

7:22-cv-06975-NSR-VR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/2024

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled **March 6, 2024 at 12 pm**, instead of March 6, 2024 at 11:30 am The parties are to dial in to Teams conference line at 1 914-292-4033, enter the Conference ID 50028460 and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

(1) a brief summary of claims, defenses, and relevant issues;
(2) the basis of subject matter jurisdiction;
(3) the subjects on which discovery may be needed;
(4) any anticipated discovery disputes or sought-after limitations on discovery;
(5) any plans for electronic discovery and ESI protocols;
(6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
(7) any anticipated motions; and
(8) the prospects and timing for early settlement or resolution.

**SO ORDERED.**

DATED:    White Plains, New York
              February 15, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge