UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Freedom Mortgage Corp.,

                            Plaintiff,

      -against-

Jennifer L. Cuttler, et al.,

                          Defendants.

------------------------------------------------------------------X

7:22-cv-6975-NSR-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

The parties are directed to file a joint letter by no later than **June 14, 2024**, providing the Court with an update on the status of the case. The letter should explain the status of default and potential settlement and respond to Judge Román's question at ECF No. 43.

SO ORDERED.

DATED:    White Plains, New York
                June 3, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge