USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/16/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREEDOM MORTAGE CORPORATION,

                    Plaintiff,

    -against-

CUTTLER., *et al.*,

                Defendants.

---

22 Civ. 6975 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge:

The Court hereby adjourns the Order to Show Cause hearing on Plaintiff's motion for default judgment pending further updates regarding substitution for the deceased Defendant. The parties have failed to provide the Court with an update as to whether a proper substitute, including any potential family member or other representative, will be substituted in place of the deceased Defendant.

The Court directs the parties to file a status update regarding whether a substitution has been identified and/or effectuated on or before May 1, 2026. Upon receipt of such update, the Court will reschedule the Order to Show Cause hearing on Plaintiff's motion for default judgment.

    Dated:  April 16, 2026

        White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

1